[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-11105

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 24, 2012
JOHN LEY
CLERK

D. C. Docket No. 1:10-cv-21417-MGC

YASSER HECHAVARRIA,

Plaintiff-Appellee,

versus

ARMANDO ROJAS,
RAUL PEREZ,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(April 24, 2012)

Before HULL and FAY, Circuit Judges, and BOWEN,[*] District Judge.

_____

[*]Honorable Dudley H. Bowen, Jr., United States District Judge for the Southern District of Georgia, sitting by designation.

PER CURIAM:

Based on the limited record before the Court at this time, we cannot say that the defendant–appellants have shown reversible error in the district court's order denying qualified immunity. Accordingly, we affirm the district court's March 8, 2011 order denying the defendant–appellants' motion for summary judgment.

**AFFIRMED.**